L. Ruther, Pro Se.

Steven E. Gordon, Office of the United States Attorney, Alexandria, Virginia, for Appellee.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

L. Ruther appeals the district court's orders dismissing his civil action and motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Ruther v. United States,* No. CA–01–670–A (E.D. Va. Sept. 14 & 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

David P. Farley, Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

PER CURIAM.

David P. Farley, a North Carolina inmate, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint under 28 U.S.C.A. § 1915A (West Supp.2000) and denying his motion for reconsideration. We have reviewed the record and the district court's opinions and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. *See Farley v. McDarris,* No. CA–01–580–5–BO (E.D.N.C. Aug. 20 & Sept. 25, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

David P. **FARLEY**, Plaintiff–Appellant,

v.

Charles F. **McDARRIS**, Attorney for C.A.S.A., Defendant–Appellee.

No. 01–2213.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 21, 2002.

Marcia A. **TRUMBULL**, Plaintiff–Appellant,

v.

Tommy G. **THOMPSON**, Secretary, United States Department of Health and Human Services, Defendant–Appellee.

No. 01–2272.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 14, 2002.

Decided Feb. 21, 2002.